# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN THOMPSON,

    Plaintiff,

v.                                  CASE NO: 8:08-cv-1129-T-26MSS

EMPIRE INDEMNITY INSURANCE
COMPANY,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Dismiss Counterclaim (Dkt. 12) is denied for the following reasons. First, Plaintiff raises factual issues beyond the complaint which the Court is prohibited from considering within the context of a motion to dismiss. See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1347 n.5 (11th Cir. 1999) (citing Milburn v. United States, 734 F.2d 762, 765 (11th Cir. 1984)). Second, Defendant, under the clear language of Federal Rule of Civil Procedure 8(d)(3) "may state as many separate claims or defenses as it has, regardless of consistency."

Finally, the Court is unable to conclude that Defendant waived its right to an appraisal. As the record reflects, Plaintiff filed this lawsuit in state court on April 30, 2008, Defendant was served on May 12, 2008, Defendant filed its counterclaim in state court on May 30, 2008, and the case was removed to this Court on June 10, 2008. Under these circumstances, as well as the fact that the parties have yet to engage in extensive litigation and discovery, even Plaintiff's

cited case of Bullard Building Condominium Assoc. v. Travelers Property Cas. Co. of America, 2006 WL 2787850 (M.D. Fla. 2006), compels the Court to find that Defendant has not waived its right to seek an appraisal.

Plaintiff shall file its answer and defenses to the counterclaim within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on July 8, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record